No. 70–5201.  FUNCHESS *v.* SOUTH CAROLINA.  Sup.
Ct. S. C.  Certiorari denied.  MR. JUSTICE DOUGLAS is
of the opinion that certiorari should be granted.

No. 70–5214.  YANCIE *v.* CALIFORNIA ET AL.  C. A.
9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is
of the opinion that certiorari should be granted.

No. 71–125.  LANGONE *v.* UNITED STATES.  C. A. 1st
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the
opinion that certiorari should be granted.

No. 71–209.  BALL *v.* CALIFORNIA.  App. Dept., Super.
Ct. Cal., County of Orange.  Certiorari denied.  MR.
JUSTICE DOUGLAS is of the opinion that certiorari should
be granted.

No. 71–225.  KIRALY *v.* UNITED STATES.  C. A. 6th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the
opinion that certiorari should be granted.

No. 71–250.  BAKER *v.* MONROE COUNTY BAR ASSN.
Ct. App. N. Y.  Certiorari denied.  MR. JUSTICE DOUG-
LAS is of the opinion that certiorari should be granted.

No. 71–5125.  DORROUGH *v.* UNITED STATES.  C. A.
5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of
the opinion that certiorari should be granted.

No. 71–212.  HOOVER ACADEMY, INC. *v.* WRIGHT ET AL.
C. A. 5th Cir.  Motion to dispense with printing peti-
tion and motion of respondents for leave to proceed *in
forma pauperis* granted.  Certiorari denied.